# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | | |
|---|---|---|
| LARRY GATEWOOD, *on behalf of himself and all others similarly situated*, | ) ) ) ) | |
| | ) | CIVIL NO. 3:21-cv-00759-JAG |
| Plaintiff, | ) ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| v. | ) ) | |
| CHOICE RECOVERY, INC., | ) ) | |
| Defendant. | ) ) ) ) | |
| _____ | ) | |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: February 23, 2022.

Respectfully submitted,

s/ James E. Bowman, II
James E. Bowman, II (VSB No. 72752)
P.O. Box 2081
Ashland, VA 23005
Telephone: (804) 977-2753
Facsimile: (866) 317-2674
jbowman@ThompsonConsumerLaw.com
Lead Counsel for Plaintiff

Co-counsel with:
Thompson Consumer Law Group, PC
11445 E Via Linda, Ste.2 3492
Scottsdale, AZ 85259

1

tclg@ThompsonConsumerLaw.com

## **CERTIFICATE OF SERVICE**

I certify that on February 23, 2022, I filed the foregoing document with the Court using

CM/ECF, which will send notification of such filing to all counsel of record.

s/ James E. Bowman, II
James E. Bowman, II