IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LARRY GATEWOOD,
        Plaintiff,

v.                                        Civil Action No. 3:21cv759

CHOICE RECOVERY, INC.,
        Defendant.

## FINAL ORDER

On March 17, 2022, the plaintiff filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 9.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 17 March 2022
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge